UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Armani Smith,

Plaintiff,

-against-

City of New York, and Dylan Hayes,

Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

26-cv-03127 (NRM) (VMS)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and

**[remainder of page intentionally left blank]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
November 9, 2026

LAW OFFICE OF GREGORY ZENON
*Attorney for Plaintiff*
30 Wall Street, 8th Floor
New York, NY 10005
212-380-8582

By: **/ s / Gregory Zenon**
Gregory W Zenon
*Attorney for Plaintiff*

STEVEN BANKS
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York and Dylan Hayes*
100 Church Street
New York, New York 10007

By: Gene Dirks
Gene Dirks
*Senior Counsel*

SO ORDERED:

______________________________
HON. NINA R. MORRISON
UNITED STATES DISTRICT JUDGE

Dated: ________________, 2026